

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00172-CV
_____

THE PREMIER COMPANIES, INC., RAJ, INC., THE ULTIMA GEMINI GROUP, INC., RRSSR, INC., BKNM, INC., AND MAKA RENTAL PURCHASE, INC., Appellants

V.

FOUR A'S MESQUITE, LLC., Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-303532-18

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the parties' "Agreed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: October 3, 2019